FILED 19 OCT 2 14:55 USDC-ORM

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-cr-00454-MC |
| v. | INDICTMENT |
| GREGORY LEE RODVELT, | 18 U.S.C. §§ 111(a)(1) and (b); |
| Defendant. | 18 U.S.C. §§ 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii); |
| | 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| | Forfeiture Allegation |
| | 18 U.S.C. § 924(d) |
| | 28 U.S.C. § 2461(c) |

### THE GRAND JURY CHARGES:

### COUNT 1
(Assault on a Federal Officer)
(18 U.S.C. §§ 111(a)(1) and (b))

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did forcibly assault AV, a federal agent who was then engaged in the performance of his official duties, and in the commission of such offense, did use a deadly or dangerous weapon, that is, a firearm;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

\\\

\\\

**Indictment** Page 1
Revised April 2018

## COUNT 2
**(Using and Discharging a Firearm During and in relation to a Crime of Violence)**
**(18 U.S.C. §§ 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii))**

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly and unlawfully use and discharge a firearm, to wit: a destructive device during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault on a Federal Officer as charged in Count 1 of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii).

## COUNT 3
**(Unlawful Possession of a Destructive Device)**
**(26 U.S.C. §§ 5841, 5861(d) and 5871)**

On or between August 17, 2018 and September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly and unlawfully possess a firearm, to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATION

Upon conviction of the offenses in Counts 1 through 3, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in those offenses.

\\\

\\\

\\\

Dated: October 2, 2019.

                                     A TRUE BILL.

                                     /s/ Grand Jury Foreperson

                                     OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Judith R. Harper*
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney

*/s/ Nathan J. Lichvarcik*
NATHAN J. LICHVARCIK
Assistant United States Attorney