# SUPERIOR COURT OF THE STATE OF ARIZONA
## MARICOPA COUNTY

| | | | |
|---|---|---|---|
| State of Arizona | ) | Case No.: | CR2017-005547-001 |
| | ) | Presiding Judge: | Sally Duncan |
| vs. | ) | Next Court Date: | September 11, 2018 |
| | ) | Charge(s): | Aggravated Assault (F3) dangerous |
| Gregory Lee Rodvelt | ) | | Resisting Arrest (F6) |
| | ) | | Misconduct Involving Explosives 3 Ct (M1) |
| | ) | | Interfering with Judicial Proceedings (M1) |

CHRIS DeROSE, CLERK
BY D. Casales Dep
D. CASALES, FILED
18 SEP 10 AM 9: 11

## PETITION TO REVIEW CONDITIONS OF RELEASE AND
## REQUEST FOR REVOCATION / AMENDMENT OF RELEASE CONDITIONS

Comes now Jennifer Borgen, a Pretrial Services Officer of the Court, and presents the following report on the conduct of Gregory Lee Rodvelt who was released on pretrial supervision by the Honorable Julie Mata on October 20, 2017.

THE UNDERSIGNED BELIEVES THE DEFENDANT VIOLATED CONDITIONS OF RELEASE AS FOLLOWS:
On September 7, 2018, FBI and Oregon State police conducted a safety sweep at Gregory Rodvelt's late mother's property which was uninhabited. The sweep was in response to an online report regarding the possible booby-trapping of the residence submitted by Attorney Joe Charter on August 30, 2018. While there, an FBI agent and police officer were hurt when an IED was triggered when they moved a wheelchair that was blocking the front door. The injuries are reportedly non-life threatening. During a search of the perimeter, steel animal traps were found. A movement trap was found in the garage. Neighbors in the area said the defendant has been seen at the property within the last month and was most recently seen there two weeks ago. FBI Acting Supervisory Special Agent Phil Bates and Special Agent Michael Clark interviewed the defendant, and he admitted to setting traps on the property, specifically mentioning a tripwire, spike strips, and a trap in the garage which the defendant considered especially dangerous. The FBI plans to search the residence in the morning of September 8, 2018. The defendant was in Oregon because he had been given permission to travel to Oregon beginning August 16, 2018, and he was to return on September 3, 2018. The defendant returned to Arizona on September 4, 2018.
It is respectfully requested the Court issue a summons or warrant and order a hearing be held to determine whether the defendant's release should be modified or revoked. It is respectfully recommended:

☒ a warrant to be issued for the defendant's arrest

☐ a summons to be issued ordering the defendant to appear (see below for hearing date and time)

☐ address at next court hearing on _____

Subscribed and sworn to upon information and belief:
APO Dorantes for
APO Borgen           /_____
Pretrial Services Officer/Sup. Initial
Phone: (602) 619-2556 Date: 09/07/2018

**The Court Orders:**

☐ No action

☐ The issuance of a Summons: _____
                                                    (Hearing Date & Time)
☒ The issuance of a Warrant

☐ The following action: _____

_____                                    9/7/18
R: 04-04-17

GOVERNMENT EXHIBIT 1
1:19-cr-00454-MC

Exhibit 1
Page 1 of 2

_____                                          _____
Judicial Officer of the Superior Court                                              Date

R: 04-04-17

Produced Pursuant to Protective Order

Exhibit 1
Page 2 of 2

RODVELT_0008453