FILED 23 FEB 2 12:41 USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:19-cr-00454-MC** |
| v. | **SUPERSEDING INDICTMENT** |
| **GREGORY LEE RODVELT,** | **18 U.S.C. § 111(a)(1) and (b);** |
| **Defendant.** | **18 U.S.C. § 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii);** |
| | **26 U.S.C. §§ 5841, 5845(f) 5861(d) and 5871** |

**Forfeiture Allegation**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461(c)**

### THE GRAND JURY CHARGES:

### COUNT 1
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a)(1) and (b))

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE**

**RODVELT** did forcibly assault AV, a federal agent who was then engaged in the performance

of his official duties, and in the commission of such offense did inflict bodily injury, and, did use

a deadly or dangerous weapon;

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

\\\

\\\

**Superseding Indictment**                                                              **Page 1**

## COUNT 2
### (Using and Discharging a Firearm During and in Relation to a Crime of Violence)
### (18 U.S.C. § 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii))

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault on a Federal Officer as charged in Count 1 of this Superseding Indictment;

The Grand Jury further alleges that **GREGORY LEE RODVELT** discharged a firearm, and;

The Grand Jury further alleges that the firearm **GREGORY LEE RODVELT** used was a destructive device;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii).

## COUNT 3
### (Possession of Unregistered NFA Firearm)
### (26 U.S.C. §§ 5841, 5845(f), 5861(d) and 5871)

Between on or about August 17, 2018, and September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly possess a firearm that qualifies as a destructive device, which was not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5845(f), 5861(d) and 5871.

\\\

\\\

\\\

**Superseding Indictment**                                                                 **Page 2**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the above offenses, defendant shall forfeit to the

United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in

those offenses.

Dated:  February 2, 2023.

A TRUE BILL.

/s/ Grand Jury Foreperson

Presented by:

NATALIE K. WIGHT
United States Attorney


JUDITH R. HARPER, OSB #903260
Assistant United States Attorney

**Superseding Indictment**                                                                    **Page 3**