NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JUDITH R. HARPER, OSB #903260**
Judi.Harper@usdoj.gov
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
Assistant United States Attorneys
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:19-cr-00454-MC |
| v. | **UNITED STATES' THIRD AMENDED EXHIBIT LIST** |
| **GREGORY LEE RODVELT,** | |
| **Defendant.** | |

The United States respectfully submits this Third Amended Exhibit List. It removes Exhibits 122, 133, 134, 140-143, 146, 153, 156, 160, 172, 173a-d, 174, 177, and 195-197. Exhibit 171, still photographs from surveillance video, was re-ordered chronologically, and two photographs were removed. An updated version of Ex. 171 will be provided to the Court and defense. Exhibits 90b and 198b, photo boards of Exhibits 90 and 198, have been added as well. The digital version of Ex. 182, the Improvised Munitions Handbook, which was shown to the jury, is not included as the handbook itself is an exhibit. Finally, FBI "1B" numbers have been removed from the description of the exhibits.

This Third Amended Exhibit List also adds Exhibits 192, 193, 199 and 201.

| United States v. Gregory L. Rodvelt  1:19-cr-00454-MC |||| 
|---|---|---|---|
| Exhibit # | Description | Offered | Received |
| 1. | Map of southern Oregon | | |
| 2. | Map of Williams, Oregon | | |
| 3. | Map of Watergap Road | | |
| 4. | Map of Dreamhill Drive | | |
| 5. | Labeled aerial-1000 Dreamhill Drive | | |
| 6. | Photo of Dreamhill Drive gate area | | |
| 7. | Photos of Dreamhill Drive—7a-7e | | |
| 8. | Drone video from Dreamhill Drive. | | |
| 9. | Photo of Dreamhill Drive—OSP approaches gate | | |
| 10. | Photo of Dreamhill Drive—law enforcement at van | | |
| 11. | Photo of gate and van | | |
| 12. | Closeup photo of gate and van | | |
| 13. | Photo of van and fence removed | | |
| 14. | Photo of van hood latch and trap | | |
| 15. | Photo of opened van hood and trap | | |
| 16. | Closeup photo of opened van hood and trap | | |
| 17. | Photo of trap bolted to van hood | | |
| 18. | Photo of gate trap | | |
| 19. | Closeup photo of gate trap | | |
| 20. | Photo of driveway | | |
| 21. | Photo of driveway | | |
| 22. | Photo of signs and camera | | |
| 23. | Photo of driveway and house | | |
| 24. | Photo from driveway | | |
| 25. | Photo of driveway and spike strip area | | |

**United States' Third Amended Exhibit List**              Page 2

| | | | |
|---|---|---|---|
| 26. | Photo of spike strip area | | |
| 27. | Closeup photo of spike strip boards | | |
| 28. | Photo of driveway and second gate | | |
| 29. | Photo of parking area near wood | | |
| 30. | Photo of winch | | |
| 31. | Photo of winch and driveway | | |
| 32. | Photo of driveway towards second gate | | |
| 33. | Photo of open second gate | | |
| 34. | Photo of second gate and sign | | |
| 35. | Photo of sign | | |
| 36. | Photo of hot tub on side | | |
| 37. | Photo of line tied to second gate | | |
| 38. | Photo of wood under hot tub | | |
| 39. | Photo from second gate of hot tub | | |
| 40. | Photo of garage from second gate | | |
| 41. | Photo of hot tub and garage | | |
| 42. | Photo of house from driveway area | | |
| 43. | Photo of boards under hot tub | | |
| 44. | Photo of line on hot tub boards | | |
| 45. | Photo of line attached to wood | | |
| 46. | Photo of garage behind hot tub | | |
| 47. | Photo of area between garage and house | | |
| 48. | Closeup photo between house and garage | | |
| 49. | Photo of garage | | |
| 50. | Photo of center of garage | | |
| 51. | Photo to left of garage | | |
| 52. | Photo of garage | | |
| 53. | Photo of garage | | |

| | | | |
|---|---|---|---|
| 54. | Photo of garage window | | |
| 55. | Photo of fence | | |
| 56. | Photo of garage and house | | |
| 57. | Photo of house and tent structure | | |
| 58. | Photo of tent structure | | |
| 59. | Photo of front deck | | |
| 60. | Photo of front deck | | |
| 61. | Photo of line near object outside of house | | |
| 62. | Photo of front deck | | |
| 63. | Photo of front deck and door | | |
| 64. | Photo of front deck side steps | | |
| 65. | Photo of front deck | | |
| 66. | Photo of garage side door | | |
| 67. | Photo in garage of line tied to garage door | | |
| 68. | Photo of modified rat trap in garage | | |
| 69. | Photo of modified rat trap in garage | | |
| 70. | Photo of top of modified rat trap | | |
| 71. | Photo of OSP in garage | | |
| 72. | Photo of open garage | | |
| 73. | Photo of traps | | |
| 74. | Photo of front door | | |
| 75. | Photo of holes in front door | | |
| 76. | Photo of law enforcement device on front door | | |
| 77. | Photo of breached front door | | |
| 78. | Closeup photo of breached front door | | |
| 79. | Photo of front door area after breach | | |
| 80. | Photo inside front door | | |
| 81. | Photo inside front door | | |

**United States' Third Amended Exhibit List**   **Page 4**

| | | | |
|---|---|---|---|
| 82. | Photo inside front door | | |
| 83. | Robot photo—left of wheelchair | | |
| 84. | Robot photo—wheelchair and line | | |
| 85. | Robot photo of robot removing box | | |
| 86. | Robot photo of water tank | | |
| 87. | Photo of entryway | | |
| 88. | Photo towards hallway | | |
| 89. | Photo of shotgun trap device area | | |
| 90. | Merged photos of entryway and front room; Printed photo board—198b | | |
| 91. | Photo of corner and desks | | |
| 92. | Photo of desk | | |
| 93. | Photo of shotgun trap device on wire rack | | |
| 94. | Closeup photo of shotgun trap device on wire rack | | |
| 95. | Photo from side of shotgun trap device on wire rack | | |
| 96. | Photo of threaded pipe on floor | | |
| 97. | Photo of line on floor | | |
| 98. | Photo of cut nail on floor | | |
| 99. | Photo of line on wire rack | | |
| 100. | Photo of shotgun trap device | | |
| 101. | Photo of shotgun trap device | | |
| 102. | Photo of shotgun trap device | | |
| 103. | Photo of injured leg | | |
| 104. | Photo of bloody pants | | |
| 105. | Photo of bloody pants and ruler | | |
| 106. | X-ray of leg | | |
| 107. | X-ray of leg | | |
| 108. | Photo of spike strip board and ruler | | |

| | | | |
|---|---|---|---|
| 109. | Photo of spike strip board nails and ruler | | |
| 110. | Photo of spike strip board and ruler | | |
| 111. | Photo of spike strip board nails and ruler | | |
| 112. | Photo of wheelchair and line | | |
| 113. | Photo of wheelchair and line | | |
| 114. | Closeup photo of wheelchair and line | | |
| 115. | Photo of wheelchair crossbar | | |
| 116. | Photo of wheelchair crossbar | | |
| 117. | Photo of wheelchair spokes | | |
| 118. | Photo of wheelchair spokes | | |
| 119. | Photo of shotgun wadding | | |
| 120. | Photo of metal trap and ruler | | |
| 121. | Photo of metal trap and ruler | | |
| 122. | Reserved | | |
| 123. | Physical exhibit—shotgun trap device | | |
| 124. | Physical exhibit—metal trap with chain | | |
| 125. | Physical exhibit—metal trap with chain | | |
| 126. | Physical exhibit—Pipe, cap, nail, and spent .410 casing | | |
| 127. | Physical exhibit—wood with line | | |
| 128. | Physical exhibit—line on gate | | |
| 129. | Physical exhibit—line on floor behind trap | | |
| 130. | Physical exhibit—wheelchair | | |
| 131. | Physical exhibit—line tied to wheelchair | | |
| 132. | Physical exhibit—shotgun wadding | | |
| 133. | Reserved | | |
| 134. | Reserved | | |
| 135. | Physical exhibit—line with knot on shelf | | |

| | | | |
|---|---|---|---|
| 136. | Physical exhibit—line on floor behind trap | | |
| 137. | Physical exhibit—garage shotgun rat trap | | |
| 138. | Physical exhibit—pants with blood stain | | |
| 139. | Physical exhibit—coil of line near staircase | | |
| 140. | Reserved | | |
| 141. | Reserved | | |
| 142. | Reserved | | |
| 143. | Reserved | | |
| 144. | Reserved | | |
| 145. | Reserved | | |
| 146. | Reserved | | |
| 147. | Photo of ammunition in house | | |
| 148. | Photo of shotgun shells in house | | |
| 149. | Photo of kitchen | | |
| 150. | Photo towards kitchen | | |
| 151. | Photo of room | | |
| 152. | Photo of calendar | | |
| 153. | Reserved | | |
| 154. | Photo of garage | | |
| 155. | Photo of garage | | |
| 156. | Reserved | | |
| 157. | Photo of plastic container with shells | | |
| 158. | Photo of inside of #1B22 | | |
| 159. | Photo of shotgun shell on shelf | | |
| 160. | Reserved | | |
| 161. | Photo of shotgun shell | | |
| 162. | Photo of shotgun shell | | |
| 163. | Photo from Dreamhill Drive gate—June 2018 | | |

**United States' Third Amended Exhibit List**  **Page 7**

| 164. | Photo from receiver of second gate | | |
|---|---|---|---|
| 165. | Photo from receiver of warning sign | | |
| 166. | Photo from receiver of van | | |
| 167. | Photo from receiver of garage | | |
| 168. | Photo from receiver in front of garage | | |
| 169. | Photo from receiver of water tank | | |
| 170. | Surveillance camera video of vehicles on Dreamhill Drive | | |
| 171. | Selected stills or short videos from surveillance camera of vehicles on Dreamhill Drive 171a-171r | | |
| 172. | Reserved | | |
| 173. | FBI lab photos 173e-173o | | |
| 174. | Reserved | | |
| 175. | ATF lab photos 175a-175i | | |
| 176. | ATF demonstrative videos and photos 176a-176h | | |
| 177. | Reserved | | |
| 178. | Gregory Rodvelt's DMV photo | | |
| 179. | Reserved | | |
| 180. | Reserved | | |
| 181. | Reserved | | |
| 182. | Physical exhibit—Improvised Munitions Handbook | | |
| 183. | Reserved | | |
| 184. | Reserved | | |
| 185. | Reserved | | |
| 186. | Reserved | | |
| 187. | Reserved | | |
| 188. | Reserved | | |
| 189. | Reserved | | |

**United States' Third Amended Exhibit List**  Page 8

| | | | |
|---|---|---|---|
| 190. | Reserved | | |
| 191. | Deed to Dreamhill property attempting to add Ronald Apple to deed—February 7, 2017 | | |
| 192. | Order appointing receiver—August 22, 2018 | | |
| 193. | Deed to Dreamhill property attempting to add Jeremy Davis to deed—August 27, 2018 | | |
| 194. | Audio excerpts from Mr. Rodvelt's September 8, 2018 statements in Arizona—194a-194d | | |
| 195. | Reserved | | |
| 196. | Reserved | | |
| 197. | Reserved | | |
| 198. | Aerial map of Dreamhill property with labels; Printed photo board without labels—198b | | |
| 199. | Shot shell diagram | | |
| 200. | Reserved | | |
| 201. | Calendar pages—201-201c | | |

Dated: June 1, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
JUDITH R. HARPER
JEFFREY S. SWEET
Assistant United States Attorneys