UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             Case No. 1:19-CR-00454-MC-01

GREGORY LEE RODVELT,

        Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: May 31, 2023

                              _____
                              MICHAEL J. McSHANE
                              UNITED STATES DISTRICT JUDGE

**SO STIPULATED.**

Dated:

_____
Attorney for Government

_____
Attorney for Defendant

ORDER TO RETAIN CUSTODY OF EXHIBITS